UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA JOHNSON,

   Plaintiff,           Case No. 12-cv-14637

v.                 HONORABLE STEPHEN J. MURPHY, III

MICHAEL NELMS and TRISTATE
FINANCIAL ENTERPRISES, LLC,

   Defendants.
                /

**ORDER ADOPTING REPORT AND RECOMMENDATION** (document no. 23)**, AND GRANTING MOTION FOR DEFAULT JUDGMENT** (document no. 19)

   The plaintiff is suing defendants Michael Nelms and Tristate Financial Enterprises, LLC for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, *et seq.* Neither defendant has properly appeared. The plaintiff thus moves for default judgement against both defendants, seeking to collect $3,000 in actual damages, $1,000 in statutory damages, and $4,525.50 in costs and attorney's fees. The magistrate judge assigned to the case recommends granting the motion in full.

   No party has filed timely objections to the magistrate's report and recommendation ("Report"). *See* Fed. R. Civ. P. 72(b)(2). Although a court must review timely objections to a magistrate judge's report and recommendation, a court may adopt, reject, or amend the portions of a report and recommendation to which no party properly objects. *See* Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Having reviewed the Report, the Court will adopt it, grant the plaintiff's motion, and enter judgment in her favor.

## ORDER

**WHEREFORE**, it is hereby **ORDERED** that the Report (document no. 23) is **ADOPTED** and the plaintiff's motion for default judgment (document no. 19) is **GRANTED**.

**SO ORDERED**.

                                       s/Stephen J. Murphy, III
                                       STEPHEN J. MURPHY, III
                                       United States District Judge

Dated: March 31, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 31, 2014, by electronic and/or ordinary mail.

                                       s/Carol Cohron
                                       Case Manager